IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) | |
| | ) | CASE NO. 08CV2067 |
| Plaintiffs, | ) ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| v. | ) ) | |
| FULL COURT SPORTS FLOORS, INC., and KEITH COOTE, individually and d/b/a Full Court Sports Floors, Inc. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendants' failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.     Plaintiffs filed their complaint on April 11, 2008 and the summons and complaint were served via corporate service upon Corporate Secretary, Jennifer Cootes, and via abode service upon Defendant Keith Coote's wife, Jennifer Cootes, on April 16, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2.     The Defendants have failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.     At all times relevant to this action, the Defendants have been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendants are required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendants' employees and to pay the ERISA contributions based on those hours.

4.    The Defendants submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $20,915.82 for the months of November 2007 through February 2008.  The Defendants also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $1,432.90 for the period November 2007 through February 2008.  **(Exhibit B Affidavit of James Rosemeyer)**

5.    The Defendants owe interest on the unpaid ERISA contributions in the amount of $396.01 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B).  **(Exhibit B Affidavit of James Rosemeyer)**

6.    The Defendants owe liquidated damages on the unpaid ERISA contributions in the amount of $2,581.77 for the period January 2007 through February 2008 to the present pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  **(Exhibit B Affidavit of James Rosemeyer)**

7.    The Defendants owe the sum of $1,750.00 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $27,481.5.

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant to 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
David P. Lichtman, Plaintiffs Attorney

# EXHIBIT A

**Exhibit A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

CASE NUMBER:    08CV2067        EDA

V.

JUDGE DER-YEGHIAYAN

ASSIGNED JUDGE:    MAGISTRATE JUDGE DENLOW

FULL COURT SPORTS FLOORS, INC., and
KEITH COOTE, individually and
d/b/a Full Court Sports Floors, Inc.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

KEITH COOTE
16558 ASH LANE
LOCKPORT, IL 60441

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

Michael W. Dobbins, Clerk

_Esperanza Arnold_

(By) DEPUTY CLERK

April 11, 2008

Date



ClientCaseID:  N7644
Law Firm ID:   WHITFIEL


* 1 8 2 7 0 4 A *

CaseReturnDate:  5/1/08

Affidavit of  Special Process Server

# UNITED STATES DISTRICT COURT

Case Number 08CV2067

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

# ABODE SERVICE

THAT I SERVED THE WITHIN     SUMMONS AND COMPLAINT

ON THE WITHIN NAMED  DEFENDANT   KEITH COOTE

PERSON SERVED JENNIFER COOTE (WIFE)

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the    SUMMONS AND COMPLAINT
are as follow:

|  | Sex | FEMALE | Race | WHITE | Age | 34 |
|  | Height | 5'2" | Build | THIN | Hair | BROWN |

LOCATION OF SERVICE     **16558  ASH LANE**
**LOCKPORT, IL, 60441**

Date Of Service:    4/16/08         Time of Service:    10:30 AM         Date Of Mailing    4/17/2008

MICHAEL P. FEEHAN         4/16/2008

**Special Process Server**

P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# <u>EXHIBIT B</u>

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| | ) | Case No. 08CV2067 |
| Plaintiffs, | ) | |
| v. | ) ) | Judge DER-YEGHIAYAN |
| | ) | |
| FULL COURT SPORTS FLOORS, INC., and KEITH COOTE, individually and d/b/a Full Court Sports Floors, Inc. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JAMES ROSEMEYER**

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1.      I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.      The Defendants executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendants agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendants are required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendants are required to pay contributions based upon the hours listed.

5.      The Defendants submitted the contribution reports for the period November 2007 through February 2008 but did not pay the contributions.  The reports show that $20,915.82 is owed in ERISA contributions.  The Defendants also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $1,432.90 for the period November 2007 through February 2008.

6.      Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $2,581.77 for the period January 2007 through February 2008.

7.      The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $396.01.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:          April 29, 2008

James Rosemeyer, Contributions Manager

4/29/2008

Full Court Sports Floors, Inc.
16558 Ash Lane
Lockport, Il. 60441

Account #22045

| | Contributions | Liquidated Damages | Interest | Dues |
|---|---|---|---|---|
| Jan-07 | | $158.68 | | |
| Feb-07 | | $202.27 | | |
| May-07 | | $90.71 | | |
| Jun-07 | $26.82 | $185.33 | $1.60 | |
| Jul-07 | | $96.32 | | |
| Aug-07 | | $331.43 | | |
| Sep-07 | | $98.87 | | |
| Oct-07 | | $122.08 | | |
| Nov-07 | $9,636.00 | $744.71 | $239.09 | $661.70 |
| Dec-07 | $4,983.00 | $305.77 | $91.98 | $341.18 |
| Jan-08 | $3,630.00 | $165.81 | $45.20 | $248.73 |
| Feb-08 | $2,640.00 | $79.79 | $18.13 | $181.29 |
| totals: | $20,915.82 | $2,581.77 | $396.01 | $1,432.90 |

Combined Fringe Benefit / Monthly Dues / Refund Report

Fringe Benefits: 312/787-9455, Option #3, Regional Council: 312/787-3076

| | |
|---|---|
| H & W | 8.960 |
| Con Ben | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| INST FND | .020 |
| Dec 2007 PFI | .030 |
| DUE BY 3/15/2008 *CISCO | .010 |

*SEE INSTRUCTIONS ON REVERSE*

☐ NO EMPLOYEES THIS MONTH    ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME    ☐ SEND MORE FORMS

Full Court Sports Floors Inc
16558 W Ash Ln
Lockport IL 60441-4351

HOURS PAID IN EXCESS OF 175 HR. CAP

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH

Month of NOV 2007 / FEBRUARY 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|
| 021912322 | COOTE KEITH J | 1185-0/SX | | 160 | 6043·20 | 181·29 |
| 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 | Olsen Steve | 1185 | 95 | 95 | 3588·15 | 107·64 |
| 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 | Wayne Robert | 1185 | 95 | 95 | 3588·15 | 107·64 |
| 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 | Coote Mark | 1185 | 55 | 55 | 2077·35 | 62·32 |
| 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 | Wayne Ed | 1185 | 63 | 63 | 2379·51 | 71·38 |
| 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 | Grassero Tony | 1185 | 23 | 23 | 868·71 | 26·06 |
| 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 | Velazquez Raul | 1185 | 93 | 93 | 3512·61 | 105·37 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total this month  584    $    $661·70

(1) Amount due at $ 16.500 per hour  $ 9636·00

+ (2) Total dues withheld  $ 661·70

= Subtotal  $ 10297·70

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

Prior Balance Due or (Cr. Available)  $

Grand Total  $ 10297·70

We certify the above is a true and complete report of actual hours worked by foremen, journeymen and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO
CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

Martin D. Duley  PRESIDENT

AUTHORIZED SIGNATURE  Jennifer Coote

TITLE  Secretary

OWNER-PARTNER-OFFICER

CC-202-R 7/05

**Combined Fringe Benefit Funds and Dues Checkoff Report**
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

| | |
|---|---|
| H & W | 8.960 |
| Con Pen | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| INST FND | .020 |
| PFI | .030 |
| *CISCO | .010 |

### SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH    ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME    ☐ SEND MORE FORMS

DUE BY 1/15/2008 *CISCO

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

Full Court Sports Floors Inc
16558 W Ash Ln
Lockport IL 60441-4351

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Month of DECEMBER 2007

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 067737435 | BREVITZ LARRY R | 1185-JNYX | | | | | |
| 021912322 | COOTE KEITH J | 1185-O/SX | 160 | 160 | 6025.60 | 180.76 |
| 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 | Coote Mark | 1185 | 64 | 64 | 2410.24 | 72.30 |
| 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 | Wayne Robert | 1185 | 39 | 39 | 1468.74 | 44.06 |
| 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 | Velazquez Raul | 1185 | 39 | 39 | 1468.74 | 44.06 |

Total this month 302

(1) Amount due at $ 16.500 per hour $ 4983.00

+ (2) Total dues withheld $ 341.18

= Subtotal $ 5324.18

Prior Balance Due or (Cr. Available) $

Grand Total $ 5324.18

$          $ 341.18

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO
CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

_Martin O. Durkan_ PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE

TITLE

OWNER-PARTNER-OFFICER

CC-202-H 7/05

**Combined Fringe Benefit Funds and Dues Checkoff Report**

Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

| | |
|---|---|
| H & W | 8.960 |
| Con Pen | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| INST FND | .020 |
| PEI | .030 |
| DUE BY 2/15/2008 *CISCO | .010 |

### SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH   ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME   ☐ SEND MORE FORMS

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Full Court Sports Floors Inc
16558 W Ash Ln
Lockport IL 60441-4351

Month of **JANUARY 2008**

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 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 | Keith Coote | | | 160 | 160 | 6025.60 | 180.76 |
| 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 | Mark Coote | | | 24 | 24 | 906.48 | 27.19 |
| 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 | Robert Wayne | | | 18 | 18 | 679.86 | 20.39 |
| 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 | Raul Velazquez | | | 18 | 18 | 679.86 | 20.39 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED AS LIQUIDATED DAMAGES!

AN 'X' INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

| | | |
|---|---|---|
| Total this month | 220 | $ 8291.80  $ 248.73 |
| (1) Amount due at $ 16.500 per hour | $ 3630 | |
| + (2) Total dues withheld | $ 248.73 | |
| = Subtotal | $ 3878.73 | |
| Prior Balance Due or (Cr. Available) | $ | |
| Grand Total | $ 3878.73 | |

We certify the above is a true and complete report of actual hours worked by foremen, journeymen and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO
CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

_Martin A. Durley_ PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE

_Jennifer Coote_
TITLE _Secretary_
OWNER-PARTNER-OFFICER

CC-202-R 7/05

CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS
**Combined Fringe Benefit Funds and Dues Checkoff Report**
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

| | |
|---|---|
| H & W | 8.960 |
| Con Pen | 6.910 |
| Apprn. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| INST FND | .020 |
| PFI | .030 |
| DUE BY  3/15/2008  *CISCO | .010 |

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH    ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME    ☐ SEND MORE FORMS

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Full Court Sports Floors Inc
16558 W Ash Ln
Lockport IL 60441-4351

**MUST BE SIGNED    WRITE CLEAR    PLEASE PRINT**    Month of FEBRUARY  2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 021912322 | COOTE KEITH J | 1185-0/SX | | | 160 | 6043.20 | 181.29 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COPY

Total this month  160    $    $ 181.29

(1) Amount due at $ 16.500 per hour  $ 2640

+ (2) Total dues withheld  $ 181.29

= Subtotal  $ 2821.29

Prior Balance Due or (Cr. Available)  $

Grand Total  $ 2821.29

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

We certify the above is a true and complete report of actual hours worked by foremen, journeymen and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

*Martin O'Buley* PRESIDENT

REPORT MUST BE SIGNED!    AUTHORIZED SIGNATURE

TITLE _____  OWNER-PARTNER-OFFICER    CC-202-R 7/

# EXHIBIT C

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) | |
| | ) | CASE NO. 08CV2067 |
| Plaintiffs, | ) ) ) | JUDGE DER-YEGHIAYAN |
| v. | ) ) | |
| FULL COURT SPORTS FLOORS, INC., and KEITH COOTE, individually and d/b/a Full Court Sports Floors, Inc. | ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.      I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.      I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.      The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.      I, David P. Lichtman, have devoted 10 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,750.00.

5.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $405.00.

6.      I certify that the attached detailed attorney fees and costs totaling $2,155.00 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendants by mailing a copy of the same to Keith Coote, individually and as registered agent of Full Court Sports Floors, Inc., at 16558 Ash Lane, Lockport, IL 60441.


Dated this 7th Day of May, 2008.


/s/ DAVID P. LICHTMAN
Attorney for the Plaintiffs.


David P. Lichtman (#6290051)
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com

## Complaints
1:07-cv-99999 Plaintiff v. Defendant

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3

## Notice of Electronic Filing

The following transaction was entered by Lichtman, David on 4/11/2008 at 12:13 PM CDT and filed on 4/11/2008

| | |
|---|---|
| **Case Name:** | Plaintiff v. Defendant |
| **Case Number:** | 1:07-cv-99999 |
| **Filer:** | Plaintiff |
| **Document Number:** | 2507 |

**Docket Text:**
**COMPLAINT filed by Plaintiff; Filing fee $ 350, receipt number 07520000000002688320. (Attachments: # (1) Civil Cover Sheet, # (2) Appearance, # (3) Summons, # (4) Summons) (Lichtman, David)**

**1:07-cv-99999 Notice has been electronically mailed to:**

Matthew W Miller    mwm@cassiday.com

**1:07-cv-99999 Notice has been delivered by other means to:**

Plaintiff

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/11/2008] [FileNumber=4679153-0
] [1c29a9343d100828d0258faade4251630037b47280d2ca654377633505ce06bf7a9
a085197ee188e843bbf8b2890d4659d54879e427f2520c455fe807eaa200d]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/11/2008] [FileNumber=4679153-1
] [0552458925d4ad91c086748c9b92628594639f65ce382624d34c84f4aed49f3cfa6
75300298a8eb5dd7a46cbcd509fc45756b6144b61d8924f928a60fa45fcf7]]
**Document description:** Appearance
**Original filename:** n/a

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone  (312)-853-2150    Fax  (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700    Fax: (312)-251-9701

### Invoice#    182704

Date Of Invoice:    4/16/2008

Plaintiff: Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.

Court CaseID:    08CV2067        Firm#  N7644        Case Returned Date:  5/1/08
County:        UNITED STATES DISTRICT COURT
Process Server:    MICHAEL P. FEEHAN            ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1  FULL COURT SPORTS FLOORS, INC | Type Of Service:  CORPORATE SERVICE |
|---|---|
| Person Served:    JENNIFER COOTE (CORPORTATE | Date Of Service:  4/16/2008    Time:  10:30 AM |
| Sex  FEMALE  Age  34    Height 5'2"    Build  THIN | Hair Color  BROWN      Race  WHITE |

| Defendant:#2  KEITH COOTE | Type Of Service:  ABODE SERVICE |
|---|---|
| Person Served:    JENNIFER COOTE (WIFE) | Date Of Service:  4/16/2008    Time:  10:30 AM |
| Sex  FEMALE  Age  34    Height 5'2"    Build  THIN | Hair Color  BROWN      Race  WHITE |

Location   16558  ASH LANE  , LOCKPORT, IL, 60441          Type Of Premise:   SINGLE FAMILY HOME

| | | | |
|---|---|---|---|
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$55.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $55.00 |

### INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
### PAYABLE UPON RECEIPT, 2% PER MONTH

---

Selection Criteria

---

| | |
|---|---|
| Slip.Date | Earliest - 4/30/2008 |
| Case (hand select) | Include: CTF-C./N7644/22045 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7644/22045 |

---

Rate Info – identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 355974          TIME<br>4/9/2008<br>WIP<br>Review referral from Trust funds on<br>04/08/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7644/22045 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 355975          TIME<br>4/9/2008<br>WIP<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7644/22045 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 355976          TIME<br>4/9/2008<br>WIP<br>Search Business Corporations database for<br>corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>pincipals. | CPW<br>Lexis<br>CTF-C./N7644/22045 | ▇▇▇<br>0.00<br>0.00<br>0.00 | ▇▇▇▇▇<br>A@1 | ▇▇▇ |
| 356050          TIME<br>4/10/2008<br>WIP<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-C./N7644/22045 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 356408          TIME<br>4/11/2008<br>WIP<br>Prepare correspondence to legal process | DPL<br>Billable<br>CTF-C./N7644/22045 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 356346      TIME 4/18/2008 WIP Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL Billable CTF-C./N7644/22045 | 0.40 0.00 0.00 0.00 | 175.00 T@7 | 70.00 |
| 356410      TIME 4/21/2008 WIP Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL Billable CTF-C./N7644/22045 | 0.20 0.00 0.00 0.00 | 175.00 T@7 | 35.00 |
| 356409      TIME 4/21/2008 WIP Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL Billable CTF-C./N7644/22045 | 0.50 0.00 0.00 0.00 | 175.00 T@7 | 87.50 |
| 356881      TIME 4/28/2008 WIP Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Samuel Der-Yeghiayan:  Initial status hearing set for 5/13/08 at 9:00 a.m.  At least for working | DPL Billable CTF-C./N7644/22045 | 0.40 0.00 0.00 0.00 | 175.00 T@7 | 70.00 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| days before the initial status hearing, the parties shall conduct a Federal Rule of Civil Procedure 26(f) conference and file a joint written Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers; download document to the file folder; print document and enclose in file. | | | | |
| 356981          TIME<br>4/29/2008<br>WIP<br>Review correspondence from Earl Oliver, Trust Fund Field Representative, regarding amounts owed by signatory; load information into database and file. | DPL<br>Billable<br>CTF-C./N7644/22045 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357029          TIME<br>4/29/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare corresopndence to Rosemeyer regarding the affidavit and request for execution. | DPL<br>Billable<br>CTF-C./N7644/22045 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 357118          TIME<br>4/30/2008<br>WIP<br>Telephone message left with Judge Der-Yeghiayan's Courtroom Deputy, Michael Wing, requesting that deadline to file Initial Status Report and Joint Jurisdictional Status Report be pushed back until after May 6 so as to allow time to determine whether signatory will file an answer; if no answer is filed, request to present motion for default judgment on May 13. | DPL<br>Billable<br>CTF-C./N7644/22045 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357119          TIME<br>4/30/2008<br>WIP<br>Prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plea. | DPL<br>Billable<br>CTF-C./N7644/22045 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |

4/30/2008
4:17 PM

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page        4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 357120        TIME<br>4/30/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | DPL<br>Billable<br>CTF-C./N7644/22045 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 357121        TIME<br>4/30/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into themotion and judgment order; prepare the document for electronic filing. | DPL<br>Billable<br>CTF-C./N7644/22045 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

| | | Units | | Slip Value |
|---|---|---|---|---|
| Grand Total | Billable | 10.35 | | 1795.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 10.35 | | 1795.50 |

*[handwritten notes:]*

10.00 @ $175        $1,750.00

Filing Fee        $350.00

Process Server Fee        $55.00

$2,155.00