IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>FULL COURT SPORTS FLOORS, INC., and KEITH COOTE, individually and d/b/a Full Court Sports Floors, Inc.<br><br>Defendants. | CASE NO. 08CV2067<br><br>JUDGE DER-YEGHIAYAN |

## NOTICE OF MOTION

To:   FULL COURT SPORTS FLOORS, INC.        KEITH COOTE
      c/o Keith Coote, registered agent           16558 ASH LANE
      16558 ASH LANE                              LOCKPORT, IL 60441
      LOCKPORT, IL 60441

PLEASE TAKE NOTICE that on **Tuesday, May 13, 2008** I shall appear before the Honorable Judge Der-Yeghiayan at approximately **9:00 a.m.** in Courtroom 1903 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

TRUSTEES of the CHICAGO REGIONAL COUNCIL
OF CARPENTERS PENSION FUND, et al.

/s/ David P. Lichtman

## CERTIFICATE OF SERVICE

I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on May 7, 2008.

/s/ David P. Lichtman

Attorney for Plaintiffs (Attorney No. 6290051)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701