Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2067 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. Vs. Full Court Sports Floors, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. No one appeared on behalf of the Defendants on the Court's noticed status hearing or on Plaintiffs' noticed motion. Plaintiffs' motion for default judgment as to Defendants Full Court Sports Floors, Inc. and Keith Coote, individually and d/b/a Full Court Sports Floors, Inc. [11] is granted. Default judgment is hereby entered in favor of the Plaintiffs Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund and against Defendants Full Court Sports Floors, Inc. and Keith Coote, individually and d/b/a Full Court Sports Floors, Inc. in the amount of $27,481.50. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05




| | Courtroom Deputy Initials: | maw |
|---|---|---|