

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO 53REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) ) | CASE NO. 08CV2067<br><br>JUDGE DER-YEGHIAYAN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FULL COURT SPORTS FLOORS, INC., and KEITH COOTE, individually and d/b/a Full Court Sports Floors, Inc. | ) ) ) ) | |
| Defendant. | ) ) | |

**JUDGMENT ORDER**

The Plaintiffs filed their Complaint on April 11, 2008 and the Defendants were served

with copies of Summons and Complaint; and

The Defendants have failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a

default is hereby entered against the Defendants in accordance with the prayer for relief in the

Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in

behalf of the Plaintiffs and jointly and severally against Defendants, FULL COURT SPORTS

FLOORS, INC., and KEITH COOTE, individually and d/b/a Full Court Sports Floors, Inc., in

the sum of $27,481.5 representing the following amounts:

a)  ERISA Contributions                          $ 20,915.82

b)  Interest on ERISA Contributions              $ 396.01

c)  Liquidated Damages                           $ 2,581.77

d)  Dues                                         $ 1,432.90

e)  Attorney Fees and Costs                      $ 405.00

    **TOTAL**                                    **$ 27,481.5**

The Court will retain jurisdiction solely to enter judgment for the contributions shown to
be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

ENTERED:

_____
JUDGE SAMUEL DER-YEGHIAYAN
UNITED STATES DISTRICT JUDGE

DATED: _5/13/2008_____