# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2067 |
| Full Court Sports Floor, Inc., et al. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that no one appeared on behalf of the Defendants on the Court's noticed status hearing or on Plaintiffs' noticed motion. Plaintiffs' motion for default judgment as to Defendants Full Court Sports Floors, Inc. and Keith Coote, individually and d/b/a Full Court Sports Floors, Inc. [11] is granted. As stated in the Court's Judgment Order dated 05/13/08, default judgment is hereby entered in favor of the Plaintiffs Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund and against Defendants Full Court Sports Floors, Inc. and Keith Coote, individually and d/b/a Full Court Sports Floors, Inc. in the amount of $27,481.50.

Michael W. Dobbins, Clerk of Court

Date: 5/13/2008

___Michael Wing_____
/s/ Michael A. Wing, Deputy Clerk