Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2067 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. vs. Full Court Sports, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As stated on the record, Plaintiffs' amended motion to vacate judgment [18] is granted. Default Judgment entered in favor of the Plaintiffs and against Defendant Keith Coote, individually and d/b/a/ Full Court Sports Floors, Inc. is hereby vacated. Default Judgment entered in favor of the Plaintiffs and Against Defendant Full Court Sports Floors, Inc. to stand. Plaintiffs' oral motion to voluntarily dismiss Defendant Keith Coote as a named Defendant is granted. Civil case remains terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mw |
|---|---|---|